# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| Robert A. Smillie, | : | No. 31 WAP 2012 |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| Pennsylvania Board of Probation and Parole, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of September, 2014, the above captioned appeal is quashed for failure to file a brief.